**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WYOMING INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>v.         PLAINTIFF(S)<br><br>ZEPP HEALTH CORPORATION, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 24-1024-MWF(BFMx)<br><br>☐ NOTICE   ☒ NOTICE AND ORDER REGARDING TRANSFER AND/OR REASSIGNMENT OF PATENT CASE |

IT IS HEREBY ORDERED, pursuant to General Order 21-11, that:

☒ this case be transferred to the Patent Program and reassigned as necessary to participating judges.

☐ all discovery matters that are or may be referred to a magistrate judge be reassigned to a Program Magistrate Judge.

March 13, 2024                                              Michael W. Fitzgerald   /s/ Michael W. Fitzgerald
_____                                             _____
Date                                                        United States District Judge / ~~Magistrate Judge~~

---

**NOTICE TO COUNSEL FROM CLERK**

As ordered above, or as directed by General Order 21-11 without need of further order, this case has been reassigned as follows:

☒ from Judge   Michael W. Fitzgerald
   to Judge    George H. Wu                    , for all further proceedings.

☐ from Magistrate Judge _____
   to Magistrate Judge _____ , for any discovery matters that are or may be referred to a magistrate judge.

On all documents subsequently filed in this case, please substitute the initials   GW   after the case number, so that the case number will now read :

                              2:24-cv-01024 GW(BFMx)

This is very important because documents are routed to the assigned judges by means of these initials.

cc: ☐ Previous Judge(s)

CV-128 (07/21)            NOTICE/ORDER REGARDING TRANSFER AND/OR REASSIGNMENT OF PATENT CASE