JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYOMING INTELLECTUAL PROPERTY HOLDINGS, LLC, | Case No. 2:24-cv-01024-JWH-BFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ZEPP HEALTH CORPORATION and ZEPP NORTH AMERICA, INC., | |
| Defendants. | |

| | |
|---|---|
| 1 | Pursuant to the Order to Show Cause [ECF No. 14] entered on or about |
| 2 | May 13, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of |
| 3 | Civil Procedure in view of Plaintiff's failure to respond, |
| 4 | It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows: |
| 5 | 1.   This action, including all claims asserted herein, is **DISMISSED**. |
| 6 | 2.   Other than potential post-judgment remedies (including those |
| 7 | provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent |
| 8 | that any party requests any other form of relief, such request is **DENIED**. |
| 9 | **IT IS SO ORDERED.** |

Dated: May 28, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-