AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:24-cv-1024 | DATE FILED<br>2/6/2024 | U.S. DISTRICT COURT<br>Central District of California | |
|---|---|---|---|
| PLAINTIFF<br>WYOMING INTELLECTUAL PROPERTY HOLDINGS, LLC, | | DEFENDANT<br>ZEPP HEALTH CORPORATION and ZEPP NORTH AMERICA, INC. | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 10,565,888 | 2/18/2020 | Wyoming Technology Licensing LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**

It is hereby ORDERED, ADJUDGED, and DECREED as follows: 1. This action, including all claims asserted herein, is DISMISSED. 2. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is DENIED.

| CLERK<br>Brian D. Karth | (BY) DEPUTY CLERK<br>R. Olmos | DATE<br>5/28/24 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

[Print]  [Save As...]  [Reset]

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYOMING INTELLECTUAL PROPERTY HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZEPP HEALTH CORPORATION and ZEPP NORTH AMERICA, INC.,<br><br>Defendants. | Case No. 2:24-cv-01024-JWH-BFM<br><br>**JUDGMENT** |

1  Pursuant to the Order to Show Cause [ECF No. 14] entered on or about
2  May 13, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of
3  Civil Procedure in view of Plaintiff's failure to respond,
4  It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:
5  1. This action, including all claims asserted herein, is **DISMISSED**.
6  2. Other than potential post-judgment remedies (including those
7  provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent
8  that any party requests any other form of relief, such request is **DENIED**.
9  **IT IS SO ORDERED.**

Dated: May 28, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE